Jonathan Gross, State Bar No. 122010
jgross@bishop-barry.com
Sheila Addiego, State Bar No. 168365
saddiego@bishop-barry.com
BISHOP | BARRY | DRATH
2000 Powell Street, Suite 1425
Emeryville, California 94608
Telephone: (510) 596-0888
Facsimile:  (510) 596-0899

Attorneys for Defendant
ZURICH AMERICAN INSURANCE
COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDISK CORPORATION, a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, a New York corporation,<br><br>    Defendant. | Case No. 5:12-cv-06081 LHK<br><br>**REQUEST OF DEFENDANT TO ATTEND CASE MANAGEMENT CONFERENCE TELEPHONICALLY AND [PROPOSED] ORDER**<br><br>Date:    February 27, 2013<br>Time:    2:00 p.m.<br>Place:   Courtroom 8<br>Judge:   Honorable Lucy H. Koh |

1

REQUEST OF DEFENDANT TO ATTEND CASE MANAGEMENT CONFERENCE
TELEPHONICALLY AND [PROPOSED] ORDER - CASE NO. 5:12-CV-06081 LHK

Pursuant to Civil Local Rule 16-10(a), Defendant Zurich American Insurance Company requests permission to participate in the Case Management conference scheduled for February 27, 2013 at 2:00 p.m. in the above-entitled Court by telephone.

Zurich American will be represented at the Case Management Conference by Jonathan Gross. Counsel will make arrangements through CourtCall for the telephonic appearance.

Dated: February 22, 2013

Respectfully submitted,

BISHOP | BARRY | DRATH

By: /s/ Jonathan Gross
Jonathan Gross
Sheila Addiego
Attorneys for Defendant
ZURICH AMERICAN INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED.

DATED: February 22, 2013

*Lucy H. Koh*
HONORABLE LUCY H. KOH