1  Jonathan Gross, State Bar No. 122010
   jgross@bishop-barry.com
2  Sheila Addiego, State Bar No. 168365
   saddiego@bishop-barry.com
3  BISHOP | BARRY | DRATH
   2000 Powell Street, Suite 1425
4  Emeryville, California 94608
   Telephone: (510) 596-0888
5  Facsimile:  (510) 596-0899

6  Attorneys for Defendant
   ZURICH AMERICAN INSURANCE
7  COMPANY

8           IN THE UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11 | SANDISK CORPORATION, a Delaware | Case No. 5:12-cv-06081 LHK
   | corporation,
12 |                                  | **REQUEST OF DEFENDANT TO ATTEND**
   |       Plaintiff,                 | **CASE MANAGEMENT CONFERENCE**
13 |                                  | **TELEPHONICALLY AND [**PROPOSED**]**
   | v.                               | **ORDER**
14 |
   | ZURICH AMERICAN INSURANCE        | Date:   February 27, 2013
15 | COMPANY, a New York corporation, | Time:   2:00 p.m.
   |                                  | Place:  Courtroom 8
16 |       Defendant.                 | Judge:  Honorable Lucy H. Koh

17

18

19

20

21

22

23

24

25

26

27

28

                                    1

Pursuant to Civil Local Rule 16-10(a), Defendant Zurich American Insurance Company requests permission to participate in the Case Management conference scheduled for February 27, 2013 at 2:00 p.m. in the above-entitled Court by telephone.

Zurich American will be represented at the Case Management Conference by Jonathan Gross. Counsel will make arrangements through CourtCall for the telephonic appearance.

Dated: February 22, 2013                     Respectfully submitted,

                                             BISHOP | BARRY | DRATH


                                             By:  /s/ Jonathan Gross
                                                  Jonathan Gross
                                                  Sheila Addiego
                                                  Attorneys for Defendant
                                                  ZURICH AMERICAN INSURANCE
                                                  COMPANY


                                             **ORDER**

IT IS SO ORDERED.

DATED: February 22, 2013

                                             _____
                                             HONORABLE LUCY H. KOH

REQUEST OF DEFENDANT TO ATTEND CASE MANAGEMENT CONFERENCE TELEPHONICALLY AND [PROPOSED] ORDER - CASE NO. 5:12-CV-06081 LHK